Núm. 6882.—PUEBLO, apldo. *v.* ORTIZ, apte.—C. D. San Juan. Enero 10, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, el Fiscal solicitó la desestimación del recurso de apelación interpuesto en este caso por no haberse notificado el escrito estableciéndolo al Fiscal del Distrito, como ordena el artículo 350 del Código de Enjuiciamiento Criminal;

Por cuanto, señalada la vista de la moción para el lunes 13 de diciembre último, el acusado, que se encuentra preso, radicó su oposición alegando que había notificado su escrito de apelación al Fiscal pero sin ofrecer prueba alguna de la notificación; y

Por cuanto, el escrito que consta en la transcripción elevada por el secretario de la corte sentenciadora no contiene indicación alguna de haber sido notificado el Fiscal del Distrito ni en la dicha transcripción se incluye constancia en cualquiera otra forma de la existencia de la notificación:

Por tanto, se declara la moción con lugar y en su consecuencia se desestima, por falta de jurisdicción, el recurso.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.